**No. 48838.**—Protests 826226–G, etc., of Tom Tomasides (New York).

Opinion by KEEFE, J. It was stipulated that the cheese in question is similar to that the subject of Abstract 39667. The protests were therefore sustained to this extent.